

FILED by ____MC____ D.C.

May 5, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80073-CR-MIDDLEBROOKS/MATTHEWMAN

18 U.S.C. § 661
18 U.S.C. § 2

UNITED STATES OF AMERICA,

v.

JOHN R. MOORE, JR. and
TANNER J. MANSELL,

        Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. Defendant **JOHN R. MOORE, JR.** was a resident of the State of Florida and employed as the operator of a charter vessel owned by Florida Company 1 (hereafter "FC1") registered in the State of Florida, FL8663JX, which engaged in the carriage of passengers for hire and specialized in conducting trips for snorkelers and scuba divers to view sharks in federal waters offshore of Jupiter, Florida.

2. Defendant **TANNER J. MANSELL** was a resident of the State of Florida and employed by FC1 as a mate/deckhand on its vessels, which specialized in conducting trips for snorkelers and scuba divers to view sharks in federal waters offshore of Jupiter, Florida.

3.  Commercial Fisherman 1 was a fisherman, whose vessel was the holder of a National Oceanic & Atmospheric Administration (NOAA) Shark Research Fishery permit (the "NOAA Permit"), which authorized fishing in federal waters for sandbar sharks and certain other non-prohibited sharks by use of bottom longline gear, as specified in 50 C.F.R.§ 635.21.

4.  The NOAA Permit required that a NOAA observer be aboard the fishing vessel to collect data and conduct stock assessments, and also imposed conditions regarding the location where gear could be deployed, how many hooks could be used, the length of time fishing, and other conditions.

5.  Bottom longline fishery sets employ a mainline weighted to the sea floor, with the end lines marked with buoys bearing a set of identifying numbers. Leaders (6 to 7-foot lines), called gagnions, are attached to the mainline using clips and swivels and have baited circle hooks. A longline set can extend for several miles and have from one hundred to one thousand baited hooks. Once deployed, the set can be left to soak for a period of time before being retrieved to harvest any catch.

### Theft of Property
### (18 U.S.C. § 661)

6.  On or about August 10, 2020, within the special maritime and territorial jurisdiction of the United States, within the Southern District of Florida and elsewhere, the defendants,

**JOHN R. MOORE, JR.**
**and**
**TANNER J. MANSELL,**

with the intent to steal and purloin, did take and carry away the personal property of another,

the property taken having a value exceeding $1,000, in violation of Title 18, United States Code, Sections 661 and 2.

A TRUE BILL

███████████████████████

FOREPERSON

*[signature]*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*[signature]*
Thomas A. Watts-FitzGerald
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOHN R. MOORE, JR., et al.

_____/
Defendants.

CASE NO.:

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
[✓] Miami   ☐ Key West   ☐ FTP
☐ FTL      ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take  3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    ☑ 0 to  5 days                 ☐ Petty
   II   ☐ 6 to 10 days                 ☐ Minor
   III  ☐ 11 to 20 days                ☐ Misdemeanor
   IV   ☐ 21 to 60 days                ☑ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                           Case No.
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                           Case No.
9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of
11. Rule 20 from the              District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
THOMAS WATTS-FITZGERALD
Assistant United States Attorney
FLA Bar No.    0273538

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: John R. Moore, Jr.

**Case No**: _____

Count #: 1

Theft within Special Maritime and Territorial Jursidiction

Title 18, United States Code, Section 661

\* **Max. Penalty**: 5 years imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Tanner Mansell

**Case No**: _____

Count #: 1

Theft within Special Maritime and Territorial Jursidiction

Title 18, United States Code, Section 661

* **Max. Penalty**: 5 years imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.