**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-CR-80073-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHN MOORE, JR. and
TANNER MANSELL,
        Defendant.
_____/

**NOTICE OF WITHDRAWL OF DEFENDANTS'**
**JOINT MOTION TO DISMISS FOR LACK OF JURISDICTION**

On November 22, 2022, Defendants filed their Joint Motion to Dismiss for Lack of Jurisdiction [D.E. 50]. Defendants now jointly file this Notice to inform the Court and the Government that they are withdrawing their previously filed Joint Motion to Dismiss for Lack of Jurisdiction [D.E. 50].

Respectfully submitted,

| | |
|---|---|
| **/s/ Marc David Seitles** | **/s/Ian J. Goldstein** |
| Marc David Seitles | Ian J. Goldstein |
| Fla. Bar No. 0178284 | Fla. Bar No. 0085219 |
| mseitles@seitleslaw.com | ian@iangoldsteinlaw.com |
| Counsel for John Moore | Counsel for Tanner Mansell |
| | |
| **/s/ Ashley Litwin** | Law Offices of Ian Goldstein, P.A. |
| Ashley Litwin | 330 Clematis Street, Suite 209 |
| Fla. Bar No. 0096818 | West Palm Beach, FL 33401 |
| alitwin@seitleslaw.com | (561) 600-0960 |
| Co-counsel for John Moore | |
| | |
| **/s/ Alyssa M. Altonaga** | |
| Alyssa M. Altonaga | |
| Fla. Bar No. 1025089 | |

aaltonaga@seitleslaw.com
Co-counsel for John Moore

Seitles & Litwin, P.A.
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, Florida 33128
T: 305-403-8070
F: 305-403-8210

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 27, 2022, the foregoing document was electronically filed via CM/ECF which will serve all parties of record.

*/s/Ian J. Goldstein*
**Ian J. Goldstein**