UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   22-80073-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

         Plaintiff(s),

vs.

JOHN R. MOORE, JR. and
TANNER J. MANSELL,

         Defendant(s).

_____/

## QUESTION/NOTE FROM THE
## JURY TO THE COURT

Can we please have the
CALL LOG produced by
Agent Boots

_____       12/1/22
PLEASE SIGN                                               DATE
PRINT: ___

The call logs are not in evidence and cannot be provided. You should rely upon your recollection of the evidence.

Don Middlebrooks