UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   22-80073-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

JOHN R. MOORE, JR. and
TANNER J. MANSELL,

        Defendant(s).
_____/

## QUESTION/NOTE FROM THE
## JURY TO THE COURT

1. ~~Clarification of Six Pack license~~

What license + training did both defendants have at the time of the incident? What does that cover?

_____   12/1/2022
PLEASE SIGN                        DATE
PRINT:
          /      /

Please rely upon your recollection of the evidence. You can only consider the evidence that has been introduced.

Don Middlebrooks