UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-80073-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

     Plaintiff(s),

vs.

JOHN R. MOORE, JR. and
TANNER J. MANSELL,

     Defendant(s).
_____/

## QUESTION/NOTE FROM THE JURY TO THE COURT

Jury still very divided.
Some people have to leave at 5

_____      12-1-22
PLEASE SIGN               DATE
PRINT: _____