UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-80073-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.

JOHN R. MOORE, JR. and
TANNER J. MANSELL,

       Defendant(s).

_____/

## QUESTION/NOTE FROM THE JURY TO THE COURT

Page 12 of the instructions outlines the defense's theory of the case. This theory seems to speak to #3 on page 8.

Is there any other defense theories related to the 5 items on page 8.

_____      12-2-22
PLEASE SIGN                                        DATE
PRINT: __

Please consider all of the instructions including the defense's theory of the case and apply them to the evidence and the facts as you find them. I cannot further amplify or add to the instructions.

*Don Middlebrooks*