UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80073-DMM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN MOORE, JR.
TANNER MANSELL,

    Defendants.
_____/

## VERDICT

1. We, the Jury, unanimously find the Defendant, JOHN R. MOORE, JR., as to Count 1 of the Indictment:

    GUILTY __✓__    NOT GUILTY _____

2. We, the Jury, unanimously find the Defendant, TANNER J. MANSELL, as to Count 1 of the Indictment:

    GUILTY __✓__    NOT GUILTY _____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, West Palm Beach, Florida, this _2_ day of _December_, 2022.

_____    _____
Foreperson's Signature    Foreperson's Printed Name