**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-80073-MIDDLEBROOKS**

**UNITED STATES OF AMERICA,**

**v.**

**JOHN R. MOORE, JR. and**
**TANNER J. MANSELL,**

       **Defendants.**

_____/

### UNITED STATES' UNOPPOSED MOTION TO DISMISS INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves to dismiss the Indictment against Defendants John R. Moore, Jr. and Tanner J. Mansell with prejudice. The government cites the attached full and unconditional pardons granted to Defendants on May 28, 2025, as the reason for this dismissal.

The government has conferred with Defendants' counsel, Andrew Adler and Ashley Litwin. Defendants do not oppose this motion.

Respectfully submitted,

By:  _/s/ Hayden P. O'Byrne_
      HAYDEN P. O'BYRNE
      UNITED STATES ATTORNEY
      Florida Bar No. 60024
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9001
      Email: Hayden.OByrne@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this day I electronically served the foregoing document to counsel of record by filing the document with the Clerk of the Court using CM/ECF.

*/s/ Hayden P. O'Byrne*
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY