UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80073-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

JOHN R. MOORE, JR. and
TANNER J. MANSELL,

     Defendant(s).

_____/

## ORDER DISMISSING INDICTMENT

**THIS CAUSE** comes before the Court pursuant to the United States' Unopposed Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a) (DE 157).  Therefore, it is

**ORDERED and ADJUDGED** that the United States' Unopposed Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a) (**DE 157**) is hereby **GRANTED.**  The Indictment against Defendants John R. Moore, Jr and Tanner J. Mansell is hereby **DISMISSED** with prejudice.

**DONE AND ORDERED** at West Palm Beach, Florida this 3rd day of July 2025.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record